

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00252-CV

PATRIOT RESIDENTIAL                                           APPELLANT
MANAGEMENT SERVICES, LLC

V.

CARLOS LAZO D/B/A MAXWELL                                     APPELLEE
FINISH CO.

------------

## FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 10, 2013, we notified appellant that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex.

---

[1]*See* Tex. R. App. P. 47.4.

R. App. P. 42.3.   We have not received a response showing grounds for continuing the appeal.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER and WALKER, JJ.

DELIVERED:  February 14, 2013

2